JOE SMOOK v. STATE.

No. A-986.   Opinion Filed November 25, 1911.

Appeal from Latimer County Court; Cliff V. Peery, Judge.

Joe Smook was convicted of violating the prohibitory law, and appeals. Affirmed.

Chas. H. Hudson, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Joe Smook, was convicted at the September, 1910, term of the county court of Latimer county on a charge of selling intoxicating liquors, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days.   No briefs have been filed upon the part of the plaintiff in error, and no appearance made for oral argument.   The Assistant Attorney General has filed a motion to affirm under rule 4, for want of prosecution.   The motion is well taken and is sustained, and the judgment is affirmed with directions to enforce it.

---

W. L. HUGHES v. STATE.

No. A-985.   Opinion Filed November 25, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.

W. L. Hughes was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

Brown & Stewart, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted at the May, 1910, term of the superior court of Muskogee county, and on the 30th day of June was adjudged to pay a fine of fifty dollars and be imprisoned in the county jail thirty days.   The appeal was filed in this court on the 28th day of December, 1910, more than 120 days subsequent to the rendition of the judgment.   The Attorney General has filed a motion to dismiss the appeal on the ground that it was not filed within the time allowed by law, and therefore this court has no jurisdiction to review the same.   The motion is well taken and is sustained.   The appeal is accordingly dismissed.